# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144147

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TERRY B. ANGEL,
       Plaintiff-Appellant,

v

A1 SOUTH, L.L.C./GRAND RAPIDS
GRIFFINS/WAUSAU UNDERWRITERS
INSURANCE COMPANY,
       Defendants-Appellees,
and

A1 SOUTH, L.L.C./GRAND RAPIDS
GRIFFINS/ CITIZENS INSURANCE
COMPANY,
       Defendants.

SC: 144147
COA: 295015
WCAC: 09-000070

_____/

      On order of the Court, the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Findley v DaimlerChrysler Corp*, 490 Mich 928 (2011).

      HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319